# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **TERRANCE FRAZIER**, <br><br> Plaintiff, <br><br> v. <br><br> **NANCY A. BERRYHILL, Acting Commissioner of Social Security,** <br><br> Defendant. | 2:19-cv-11097 <br><br> HON. TERRENCE G. BERG <br><br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Plaintiff Terrance Frazier seeks judicial review of a final decision by the Commissioner of the Social Security Administration denying his application for disability benefits. On April 16, 2019, he filed an application asking this Court to grant him *in forma pauperis* status and thereby absolve him from prepaying any court fees. Presently before the Court is a Report and Recommendation on the pending application issued by Magistrate Judge Patricia T. Morris. The Report and Recommendation (ECF No. 4), dated April 19, 2019, recommends that Plaintiff's application to proceed without prepaying fees or costs be denied. For the reasons described below, this Court will accept and adopt the Magistrate Judge's Report and Recommendation and deny Plaintiff's application to proceed *in forma pauperis*.

## DISCUSSION

The Court has reviewed the Magistrate Judge's Report and Recommendation on Plaintiff's application to proceed *in forma pauperis* without prepaying court fees. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). As of this date, neither party has filed any objections to the Report and Recommendations. The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate Judge's Report and Recommendation of April 19, 2019 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby ordered that Magistrate Judge Morris's Report and Recommendation of April 19, 2019 is **ACCEPTED** and **ADOPTED**. Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED**.

**SO ORDERED.**

Dated: May 10, 2019          s/Terrence G. Berg
                                         TERRENCE G. BERG
                                         UNITED STATES DISTRICT JUDGE