UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TERRANCE FRAZIER**, <br><br> Plaintiff, <br><br> v. <br><br> **ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY**, <br><br> Defendant. | 2:19-cv-11097 <br><br> HON. TERRENCE G. BERG <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

This is an appeal from a final order by the Social Security Administration denying Terrance Frazier's application for Supplemental Security Income ("SSI"). The Court has jurisdiction to review final administrative decisions by the Social Security Administration under 42 U.S.C. § 405(g). This case is now before the Court on Magistrate Judge Patricia T. Morris's Report and Recommendation. ECF No. 17. The Magistrate Judge recommends that the Court deny Plaintiff's motion for summary judgment, ECF No. 13, and grant Commissioner Andrew Saul's motion for summary judgment, ECF No. 15, thereby affirming the Commissioner's final decision. Having received no objections to the Report and Recommendation, the Court will adopt the Magistrate Judge's findings of facts and law as its own.

1

The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). As of this date, neither party has filed any objection to Magistrate Judge Morris's Report and Recommendation. The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *See Thomas v. Arn*, 474 U.S. 140, 149 (1985). Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *Id.* at 149–52. The Court, which has reviewed the parties' briefs as well as the Report and Recommendation, will accept the Magistrate Judge's Report and Recommendation as this Court's findings of fact and conclusions of law.

Accordingly, it **ORDERED** that Magistrate Judge Morris's Report and Recommendation of March 11, 2020, ECF No. 17, is hereby **ADOPTED**. Accordingly, Commissioner Andrew Saul's motion for summary judgment (ECF No. 15) is **GRANTED**. Plaintiff Terrance Frazier's motion for summary judgment (ECF No. 13) is **DENIED**.

Dated: April 13, 2020        s/Terrence G. Berg
                                      TERRENCE G. BERG
                                      UNITED STATES DISTRICT JUDGE